IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SANTOS MALDONADO, | ) | CASE NO. 1:15-cv-01911 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On July 7, 2016, the parties filed a Joint Motion to Remand under Sentence Four of 42 U.S.C. § 405(g), wherein the parties request that the Court remand to the agency for further proceedings. Doc. 20. The parties agree that, on remand:

> [T]he Administrative Law Judge will evaluate Dr. Cole's opinions and provide a detailed explanation regarding the reasons for the weight he gives those opinions, and re-evaluate the residual functional capacity finding, as appropriate.

Doc. 20, p. 2.

Upon consideration of the parties' Joint Motion, the Court hereby reverses the decision of the Commissioner and remands this matter for further proceedings consistent with the parties' Joint Motion (Doc. 20).

Dated: July 11, 2016

_____
Kathleen B. Burke
United States Magistrate Judge